Joseph R. Lordan, Esq. #265610
Allison L. Cardenas, Esq. #272924
Kaa Bao Yang, Esq. #302155
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
333 Bush St. Ste. 1100
San Francisco, California 94104
Tel:   (415) 362-2580
Fax:   (415) 434-0882

Attorneys for Defendant,
WINE.COM, INC.

W. Zev Abramson, Esq. #289387
Jack J. Gindi, Esq. # 293739
Nissim Levin Esq. # 306376
Baruch Kreiman, Esq. #306328
**ABRAMSON LABOR GROUP**
3580 Wilshire Blvd, Suite 1260
Los Angeles, California 90010
Tel:   (213) 493-6300
Fax:   (213) 382-4083

Attorneys for Plaintiff,
DENEE BUONO

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENEE BUONO, An Individual;<br><br>Plaintiff,<br><br>vs.<br><br>WINE.COM, INC., a California Corporation; TERRY ROBINSON, an Individual; ROBERT MITCHELL, an Individual; and DOES 1-100, inclusive,<br><br>Defendants. | Case No.: 3:21-cv-05343-JD<br>Assigned to: Hon. James Donato<br>Courtroom: 11<br><br>**STIPULATION AND [PROPOSED] ORDER RE:**<br><br>**DISMISSAL OF PLAINTIFF'S FIFTH CAUSE OF ACTION, ASSERTING A "VIOLATION OF FAMILY FIRST CORONAVIRUS RELIEF ACT," WITH PREJUDICE;**<br><br>**AND**<br><br>**WITHDRAWING NOTICE OF REMOVAL AND REMANDING ACTION TO STATE COURT** |

STIPULATION AND [PROPOSED] ORDER

1

**TO THE HONORABLE COURT, PLEASE TAKE NOTICE** that PLAINTIFF DENEE BUONO (hereafter "Plaintiff") and DEFENDANT WINE.COM, INC. (hereafter "Defendant") (collectively "the Parties") by and through their attorneys of record agree and stipulate as follows:

Whereas Plaintiff filed a Complaint in the Superior Court of the State of California in and for the County of Alameda; and

Whereas the Plaintiff's fifth cause of action asserted a claim for relief pursuant to the Family First Coronavirus Relief Act ("FFCRA"); and

Whereas Defendant filed a Notice of Removal pursuant to 28 U.S.C. § 1331 asserting that this Court has original jurisdiction over claims asserted under the FFCRA; and

Whereas Defendant asserted that pursuant to 28 U.S.C. §1367 this Court had supplemental jurisdiction over the Plaintiff's remaining claims;

The Parties have agreed that this action should be remanded to the state court following the Plaintiff's dismissal of her claim for relief pursuant to the FFRCA, and the Parties therefore agree and stipulate as follows:

1) By stipulation of the Parties, the Plaintiff's fifth cause of action which asserted a "Violation of Family First Coronavirus Relief Act" is hereby dismissed, with prejudice; and

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

2)   By stipulation of the Parties, Defendant hereby withdraws its "Notice of Removal to Federal Court Pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446" filed on July 13, 2021 (Dkt. #1).

**SO STIPULATED:**

DATED: August 5, 2021                                LEWIS BRISBOIS BISGAARD &SMITH

By: *Allison Cardenas*
    Allison L. Cardenas,
    Attorneys for Defendant

DATED: August 4, 2021                                ABRAMSON LABOR GROUP

By: *Baruch Kreiman*
    Baruch Kreiman
    Attorneys for Plaintiff

**ORDER**

Having reviewed the above stipulation of the Parties, and good cause appearing therefor:

**IT IS HEREBY ORDERED THAT** Plaintiff's fifth cause of action which asserted a "Violation of Family First Coronavirus Relief Act" is hereby dismissed, with prejudice.

**IT IS FURTHER ORDERED THAT** the "Notice of Removal to Federal Court Pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446" be withdrawn and that this cause be remanded to the Superior Court of the State of California, County of Alameda. The Court further orders that the court file in this case be transferred by the clerk of this Court to the clerk of the State Court, along with a certified copy of this Order of Remand. The State Court may thereupon proceed with this case.

**SO ORDERED:**

August 9, 2021
  Dated

The Honorable James Donato
United States District Court

4